# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRIMPONG A. KWADWO, | : | |
| Petitioner, | : | |
| v. | : | No.: 4:17-CV-769 |
| WARDEN CRAIG LOWE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 21st day of June 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge